IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| JOMELL EMERY HELM,<br>a/k/a BIG HOMIE,<br>MELVIN EARL BYRD,<br>a/k/a DRIZZY, and<br>OLIVIA RAIN PATNEAUD | Violations:  21 U.S.C. § 841(a)(1),<br>841(b)(1)(B)(viii), 846, 856(a)(1), 856(b);<br>and 18 U.S.C. § 2 |

COUNT ONE

**Conspiracy to Possess with Intent to Distribute and
Distribute Controlled Substances**

The Grand Jury Charges:

From in or between 2022 to the date of this Indictment, in the Districts of North Dakota, Eastern District of Michigan, and elsewhere,

JOMELL EMERY HELM, a/k/a BIG HOMIE,
MELVIN EARL BYRD, a/k/a DRIZZY, and
OLIVIA RAIN PATNEAUD

did knowingly and intentionally combine, conspire, confederate, and agree together and with others, both known and unknown to the grand jury, to possess with intent to distribute and distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that one or more of the conspirators traveled between the states of Michigan, North Dakota, and elsewhere to obtain, transport, and distribute fentanyl;

2. It was further a part of said conspiracy that the defendants and others would and did distribute and possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in or near the Turtle Mountain Indian Reservation, North Dakota, and elsewhere, including but not limited to:

>   (a) On or about October 25, 2024, JOMELL EMERY HELM, a/k/a BIG HOMIE, MELVIN EARL BYRD, a/k/a DRIZZY, and OLIVIA RAIN PATNEAUD, individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance;

4. It was further a part of said conspiracy that certain conspirators sought and located users of fentanyl to purchase controlled substances from other conspirators;

5. It was further a part of said conspiracy that certain conspirators sought and located sub-distributors of fentanyl for other conspirators;

6. It was further a part of said conspiracy that one or more conspirators received money wire transfers that were proceeds of fentanyl sales;

7. It was further a part of said conspiracy that one or more conspirators sent money wire transfers that were proceeds of fentanyl sales;

8. It was further a part of said conspiracy that one or more of the defendants traveled between the states of Michigan, North Dakota, and elsewhere via bus, automobile (including rental vehicles), airplane, and other means of transportation for purposes of obtaining and distributing controlled substances, and collecting and distributing proceeds of drug distribution activity;

9. It was further a part of said conspiracy that one or more conspirators rented and occupied apartments, trailer homes, houses, and hotel rooms in North Dakota, Michigan, and elsewhere from which to store, possess, and distribute fentanyl;

10. It was further a part of said conspiracy that conspirators utilized residences in or near the Turtle Mountain Indian Reservation, North Dakota, and elsewhere, to store, conceal, and distribute controlled substances, and to store and conceal the proceeds of drug trafficking conduct, to include but not limited to:

> (a) In or about 2024, JOMELL EMERY HELM, a/k/a BIG HOMIE, MELVIN EARL BYRD, a/k/a DRIZZY, and OLIVIA RAIN PATNEAUD, individually, and by aiding and abetting, knowingly opened, leased, rented, used, and maintained any place, whether permanently or temporarily, for the purpose of distributing and using any controlled substance; specifically, JOMELL EMERY HELM, a/k/a BIG HOMIE, MELVIN EARL BYRD, a/k/a DRIZZY, and OLIVIA RAIN PATNEAUD opened, used, and maintained the

residence of OLIVIA RAIN PATNEAUD in or near Turtle Mountain Indian Reservation, North Dakota, for purposes of distributing opiate pills that were a mixture and substance containing fentanyl, a Schedule II controlled substance, and other controlled substances;

(b) In or about 2024, JOMELL EMERY HELM, a/k/a BIG HOMIE, and MELVIN EARL BYRD, a/k/a DRIZZY, individually, and by aiding and abetting, knowingly opened, leased, rented, used, and maintained any place, whether permanently or temporarily, for the purpose of distributing and using any controlled substance; specifically, JOMELL EMERY HELM, a/k/a BIG HOMIE, and MELVIN EARL BYRD, a/k/a DRIZZY, opened, used, and maintained the residence of unindicted coconspirator P.M. in or near Turtle Mountain Indian Reservation, North Dakota, for purposes of distributing opiate pills that were a mixture and substance containing fentanyl, a Schedule II controlled substance, and other controlled substances;

11.     It was further a part of said conspiracy that one or more conspirators collected money from other persons to purchase fentanyl;

12.     It was further a part of said conspiracy that one or more conspirators would and did attempt to conceal their activities;

13.     It was further a part of said conspiracy that one or more conspirators would and did use United States currency in their drug transactions;

14. It was further a part of said conspiracy that one or more conspirators would and did use telecommunication facilities, including cellular telephones, to facilitate the distribution of fentanyl; and

15. It was further a part of said conspiracy that one or more conspirators would and did use social media websites, including but not limited to Facebook, to facilitate the distribution of fentanyl;

In violation of Title 21, United States Code, Section 846, and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

## COUNT TWO

### Possession with Intent to Distribute a Controlled Substance

The Grand Jury Further Charges:

On or about October 25, 2024, in the District of North Dakota,

JOMELL EMERY HELM, a/k/a BIG HOMIE,
MELVIN EARL BYRD, a/k/a DRIZZY, and
OLIVIA RAIN PATNEAUD,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

COUNT THREE

## Maintaining a Drug-Involved Premises

The Grand Jury Further Charges:

From in or between 2024 to the date of this Indictment, in the District of North Dakota, and elsewhere,

> JOMELL EMERY HELM, a/k/a BIG HOMIE,
> MELVIN EARL BYRD, a/k/a DRIZZY, and
> OLIVIA RAIN PATNEAUD,

individually, and by aiding and abetting, knowingly opened, leased, rented, used, and maintained any place, whether permanently or temporarily, for the purpose of distributing and using any controlled substance; specifically, JOMELL EMERY HELM, a/k/a BIG HOMIE, MELVIN EARL BYRD, a/k/a DRIZZY, and OLIVIA RAIN PATNEAUD opened, used, and maintained the residence of OLIVIA RAIN PATNEAUD in or near Turtle Mountain Indian Reservation, North Dakota, for purposes of distributing opiate pills that were a mixture and substance containing fentanyl, a Schedule II controlled substance, and other controlled substances;

In violation of Title 21, United States Code, Sections 856(a)(1) and 856(b), and Title 18, United States Code, Section 2.

COUNT FOUR

**Maintaining a Drug-Involved Premises**

The Grand Jury Further Charges:

From in or between 2024 to the date of this Indictment, in the District of North Dakota, and elsewhere,

JOMELL EMERY HELM, a/k/a BIG HOMIE,
and MELVIN EARL BYRD, a/k/a DRIZZY,

individually, and by aiding and abetting, knowingly opened, leased, rented, used, and maintained any place, whether permanently or temporarily, for the purpose of distributing and using any controlled substance; specifically, JOMELL EMERY HELM, a/k/a BIG HOMIE, and MELVIN EARL BYRD, a/k/a DRIZZY, opened, used, and maintained the residence of unindicted coconspirator P.M. in or near Turtle Mountain Indian Reservation, North Dakota, for purposes of distributing opiate pills that were a mixture and substance containing fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance, and other controlled substances;

In violation of Title 21, United States Code, Sections 856(a)(1) and 856(b), and Title 18, United States Code, Section 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

DMD/vlt

8